# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

April 21, 2014

Lyle W. Cayce
Clerk

No. 11-50492
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ERNESTO NIETO-TORRES, also known as Ernesto Alonso Nieto-Torres, also known as Ernesto Alonso Nieto Torres,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:10-CR-3197

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Ernesto Nieto-Torres appeals the sentence imposed following his conviction for illegal reentry into the United States. He argues that his sentence is unreasonable because the district court relied on his need for medical treatment to impose or lengthen his sentence. Because Nieto-Torres has completed his imprisonment term and has been removed from the United

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-50492

States, any challenge to his sentence is moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007).

APPEAL DISMISSED.